Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

**DECEMBER 2014**

E-Filing Number: 1412000588

**000233**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RONALD KELLY | MAXUM SPECIALTY INSURANCE GROUP |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 518 REVOLUTIONARY WAY WARMINSTER PA 18974 | 3655 NORTH POINT PARKWAY SUITE 500 ALPHARATTA GA 30005 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| PATRICE KELLY | THE CARMAN CORPORATION |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 518 REVOLUTIONARY WAY WARMINSTER PA 18974 | 940 W. SPROUL ROAD SUITE 104 SPRINGFIELD PA 19064 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RONALD KELLY AND PATRICE KELLY , ALIAS: REPRESENTATIVE JOHN BELL | THE CARMAN GROUP, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 518 REVOLUTIONARY WAY WARMINSTER PA 18974 | 940 W. SPROUL ROAD SUITE 104 WARMINSTER PA 19064 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 3 | 5 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal <br> [ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| [ ] $50,000.00 or less <br> [X] More than $50,000.00 | [ ] Arbitration <br> [X] Jury <br> [ ] Non-Jury <br> [ ] Other: | [ ] Mass Tort <br> [ ] Savings Action <br> [ ] Petition | [ ] Commerce <br> [ ] Minor Court Appeal <br> [ ] Statutory Appeals | [ ] Settlement <br> [ ] Minors <br> [ ] W/D/Survival |

**CASE TYPE AND CODE**

1C - CONTRACTS (GOODS), ENFORCE

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

**FILED PRO PROTHY**

DEC 01 2014

**K. EDWARDS**

**IS CASE SUBJECT TO COORDINATION ORDER?**

YES    NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RONALD KELLY , PATRICE KELLY , RONALD KELLY AND PATRICE KELLY

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MICHAEL O. PANSINI | PANSINI & MEZROW 1525 LOCUST ST 15TH FLOOR PHILADELPHIA PA 19102 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)732-5555 | (215)732-7872 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 44455 | MPansini@Pansinilaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *MICHAEL PANSINI* | Monday, December 01, 2014, 11:24 am |

FINAL COPY (Approved by the Prothonotary Clerk)

Case ID: 130704825

Control No.: 14120601

**COMPLETE LIST OF DEFENDANTS:**

1. SERGIUS B. CARMAN
   940 W. SPROUL ROAD SUITE 104
   WARMINSTER PA 19064
2. THE CARMAN GROUP, LLC
   940 W. SPROUL ROAD SUITE 104
   WARMINSTER PA 19064
3. THE CARMAN GROUP, INC.
   940 W. SPROUL ROAD SUITE 104
   WARMINSTER PA 19064
4. THE CARMAN CORPORATION
   940 W. SPROUL ROAD SUITE 104
   SPRINGFIELD PA 19064
5. MAXUM SPECIALTY INSURANCE GROUP
   3655 NORTH POINT PARKWAY SUITE 500
   ALPHARATTA GA 30005

Case ID: 130704825

Control No.: 14120601

PANSINI & MEZROW
BY: MICHAEL O. PANSINI, ESQUIRE
I.D. #44455
1525 Locust Street, 15th Floor
Philadelphia, PA  19102
(215) 732-5555

THIS IS A MAJOR JURY TRIAL

Filed and Attested by
PROTHONOTARY
01 DEC 2014 11:24 am
K. EDWARDS

ATTORNEY FOR PLAINTIFFS

| | | |
|---|---|---|
| RONALD KELLY and PATRICE KELLY, Individually and as h/w 518 Revolutionary Way Warminster, PA 18974 and RONALD KELLY and PATRICE KELLY, as Assignees of BBK TAVERN, INC., d/b/a THE PRINCETON TAVERN, by and through its authorized representative, JOHN BELL 518 Revolutionary Way Warminster, PA 18974 | : : : : : : : : : : : : | COURT OF COMMON PLEAS PHILADELPHIA COUNTY  CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | |
| MAXUM SPECIALTY INSURANCE GROUP 3655 North Point Parkway Suite 500 Alpharetta, GA 30005 and THE CARMAN CORPORATION 940 W. Sproul Road, Suite 104 Springfield, PA 19064 and THE CARMAN GROUP, INC. 940 W. Sproul Road, Suite 104 Springfield, PA 19064 and THE CARMAN GROUP, LLC 940 W. Sproul Road, Suite 104 Springfield, PA 19064 and SERGIUS B. CARMAN 940 W. Sproul Road, Suite 104 Springfield, PA 19064 | : : : : : : : : : : : : : : : : : : : : : : : : | NO.: |
| Defendants | : | |

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

# CIVIL ACTION -  COMPLAINT - NOTICE TO DEFEND
## 1C - CONTRACT

YOU HAVE BEEN SUED IN COURT.  IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY AN ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO

LE HAN DEMANDADO A USTED EN LA CORTE.  SI USTED QUIERE DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN LAS PAGINAS SIGUIENTES, USTED TIENE VIENTE (20) DIAS, DE PLAZO AL PARTIR DE LA FECHA DE LA DEMANDA Y LA NOTIFICACION.  HACE FALTA ASENTAR UNA COMPARENCIA ESCRITA O EN FORMA ESCRITA SUS DEFENSAS O SUS OBJECIONES A LAS DEMANDAS EN CONTRA DE SU THE CLAIMS SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-1701

PERSONA. SEA AVISADO QUE SI USTED NO SE DEFIENDE, LA CORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMANDA EN CONTRA SUYA SIN PREVIO AVISO O NOTIFICACION.  ADEMAS, LA CORTE PUEDE DICIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA. USTED PUEDE PERDER DINERO O SUS PROPIEDADES U OTROS DERECHOS IMPORTANTES PARA USTED.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Asociacion de Licencados de Filadelphia
Servicio de Referencia e Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-1701

PANSINI & MEZROW
BY: MICHAEL O. PANSINI, ESQUIRE
I.D. #44455
1525 Locust Street, 15th Floor
Philadelphia, PA  19102
(215) 732-5555

THIS IS A MAJOR JURY TRIAL


ATTORNEY FOR PLAINTIFFS

---

| | | |
|---|---|---|
| RONALD KELLY and PATRICE KELLY,<br>Individually and as h/w<br>518 Revolutionary Way<br>Warminster, PA 18974<br>     and<br>RONALD KELLY and PATRICE KELLY,<br>as Assignees of BBK TAVERN, INC., d/b/a<br>THE PRINCETON TAVERN, by and through<br>its authorized representative, JOHN BELL<br>518 Revolutionary Way<br>Warminster, PA 18974<br>             **Plaintiffs** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>CIVIL ACTION |
|     v. | :<br>: | |
| MAXUM SPECIALTY INSURANCE GROUP<br>3655 North Point Parkway<br>Suite 500<br>Alpharetta, GA 30005<br>     and<br>THE CARMAN CORPORATION<br>940 W. Sproul Road, Suite 104<br>Springfield, PA 19064<br>     and<br>THE CARMAN GROUP, INC.<br>940 W. Sproul Road, Suite 104<br>Springfield, PA 19064<br>     and<br>THE CARMAN GROUP, LLC<br>940 W. Sproul Road, Suite 104<br>Springfield, PA 19064<br>     and<br>SERGIUS B. CARMAN<br>940 W. Sproul Road, Suite 104<br>Springfield, PA 19064<br>             **Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br><br><br>NO.: |

Case ID: 141200233
Case ID: 130704825

Control No.: 14120601

<u>CIVIL ACTION -  COMPLAINT - NOTICE TO DEFEND</u>
<u>1C - CONTRACT</u>

1.      This is an action for declaratory judgment pursuant to 42 Pa. C S. 7531 et seq. For the purpose of determining a question of actual controversy between the parties as hereinafter more fully appears.

2.      Plaintiffs, Ronald and Patrice Kelly, are  adult individuals residing at 518 Revolutionary Way, Warminster, PA 18974.

3.      Plaintiffs, Ronald Kelly and Patrice Kelly, as Assignees of BBK Tavern, Inc., d/b/a The Princeton Tavern, by and through its authorized representative, John Bell, hereby files this litigation upon a valid and enforceable assignment of rights.

4.      Defendant, Maxum Specialty Insurance Group, is a Pennsylvania and/or foreign corporation or business entity with  an address at 3655 North Point Parkway, Suite 500, Alpharetta, GA 30005.   At all times material hereto, said Defendant regularly and systematically conducted  business in Philadelphia County.

5.      Defendant, the Carman Corporation,  is a Pennsylvania corporation or business entity with an address at 940 W. Sproul Road, Suite 104, Springfield, PA 19064. At all times material hereto, said Defendant regularly and systematically conducted business in Philadelphia County.

6.      Defendant, The Carman Group, Inc.,  is a Pennsylvania corporation or business entity with an address at 940 W. Sproul Road, Suite 104, Springfield, PA 19064. At all times material hereto, said Defendant regularly and systematically conducted business in Philadelphia County.

7.      Defendant, The Carman Group, LLC,  is a Pennsylvania corporation or business entity with an address at 940 W. Sproul Road, Suite 104, Springfield, PA 19064.

At all times material hereto, said Defendant regularly and systematically conducted business in Philadelphia County.

8.      Defendant, Sergius B. Carman, is an adult individual and citizen of the Commonwealth of Pennsylvania, who regularly conducts business at 940 W. Sproul Road, Suite 104, Springfield, PA 19064.  At all times material hereto, said Defendant regularly and systematically conducted  business in Philadelphia County and/or is amenable to service in Philadelphia County.

9.      At all times material hereto, Defendant,  Sergius B. Carman, acted within the course and scope of his employment for Defendants, the Carman Corporation, the Carman Group, Inc. and the Carman Group, LLC.

10.     At all times material to the pendency of the  Ronald and Patrice Kelly, as assignees of BBK Tavern, Inc. v. The Carman Corporation, et. al. (Phila. CCP; July Term, 2013, No. 04825) litigation, Defendants, the Carman Corporation, the Carman Group, Inc. and the Carman Group, LLC.  had errors and omissions insurance coverage through Defendant, Maxum Specialty Insurance Group, which was purchased by the Defendants, the Carman Corporation, the Carman Group, Inc. and the Carman Group, LLC.

11.     At all times material hereto, Defendant, Maxum Specialty Insurance Group, insured Carman Corporation, the Carman Group, Inc.,  Sergius B. Carman  and the Carman Group, LLC.  Pursuant to the  policy which insured Carman Corporation, the Carman Group, Inc.,  Sergius B. Carman  and the Carman Group, LLC  for errors and omissions, the insurance applies to errors and omissions if same is caused by an occurrence.

12.     The  Ronald and Patrice Kelly, as assignees of BBK Tavern, Inc. v. The

Carman Corporation, et. al. (Phila. CCP; July Term, 2013, No. 04825) litigation is a pending matter.  See amended complaint and dockets attached as Exhibits "A" and "B" respectively.

13.    The allegations and claims for relief in the underlying lawsuit, Ronald and Patrice Kelly, as assignees of BBK Tavern, Inc. v. The Carman Corporation, et. al. (Phila. CCP; July Term, 2013, No. 04825), allege an occurrence under the terms of the insurance policy, and, accordingly, trigger coverage on the part of the Defendant, Maxum Specialty Insurance Group.

14.    Plaintiffs have an interest which is direct, substantial, and immediate, and there exists a real or actual controversy.

15.    Plaintiffs, Ronald and Patrice Kelly, hereby bring this action   seeking declaratory judgment to obtain an adjudication that Defendant, Maxum Specialty Insurance Group, is obligated to provide a defense and indemnification to its insureds, the Carman Corporation, the Carman Group, Inc.,  Sergius B. Carman  and the Carman Group, LLC., under and pursuant to the coverages of  policy in full force and effect at all times material hereto in  the Ronald and Patrice Kelly, as assignees of BBK Tavern, Inc. v. The Carman Corporation, et. al. (Phila. CCP; July Term, 2013, No. 04825) litigation.

16.    The insurance coverage through Defendant, Maxum Specialty Insurance Group, applies and covers the Defendants, the Carman Corporation, the Carman Group, Inc.,  Sergius B. Carman  and the Carman Group, LLC., in the Ronald and Patrice Kelly, as assignees of BBK Tavern, Inc. v. The Carman Corporation, et. al. Phila. CCP; July Term, 2013, No. 04825 litigation  for indemnity and defense of Carman Corporation, the Carman Group, Inc.,  Sergius B. Carman  and the Carman Group, LLC.

WHEREFORE, Plaintiffs, Ronald and Patrice Kelly, request that this Honorable

Court enter judgment in favor of the Plaintiffs and declare as follows:

1.   Defendant, Maxum Specialty Insurance Group, is obligated to defend its insureds, the Carman Corporation, the Carman Group, Inc., Sergius B. Carman and the Carman Group, LLC., in the underlying Ronald and Patrice Kelly, as assignees of BBK Tavern, Inc. v. The Carman Corporation, et. al. (Phila. CCP; July Term, 2013, No. 04825) litigation;

2.   Defendant, Maxum Specialty Insurance Group, is obligated to indemnify its insureds, the Carman Corporation, the Carman Group, Inc., Sergius B. Carman and the Carman Group, LLC., in the underlying Ronald and Patrice Kelly, as assignees of BBK Tavern, Inc. v. The Carman Corporation, et. al. (Phila. CCP; July Term, 2013, No. 04825) litigation;

3.   Defendant, Maxum Specialty Insurance Group, is obligated to reimburse counsel for Plaintiffs, Ronald and Patrice Kelly, for all their attorney's fees and costs they have or will incur in the litigation of this coverage litigation;

4.   Grant such other and further relief as may be proper.

**Respectfully Submitted,**

**PANSINI & MEZROW**

BY:   **/s/ Michael O. Pansini**
      **Michael O. Pansini, Esquire**
      **1525 Locust Street, 15th Floor**
      **Philadelphia, PA 19102**
      **(215) 732-5555**
      **Attorney for Plaintiffs,**
      **Ronald and Patrice Kelly**
      **As Assignees of BBK Tavern, Inc.**

Date: **December 1, 2014**

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601



Filed and Attested by
PROTHONOTARY
01 DEC 2014 11:24 am
K. EDWARDS

# Exhibit "A"

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

PANSINI & MEZROW
BY: MICHAEL O. PANSINI, ESQUIRE
I.D. #44455
1525 Locust Street, 15th Floor
Philadelphia, PA 19102
(215) 732-5555

THIS IS A MAJOR JURY TRIAL

Filed and Attested by
PROTHONOTARY
09 JAN 2014 12:03 pm

ATTORNEY FOR PLAINTIFFS

| | | |
|---|---|---|
| RONALD KELLY and PATRICE KELLY,<br>Individually and as h/w<br>518 Revolutionary Way<br>Warminster, PA 18974<br>and<br>RONALD KELLY and PATRICE KELLY,<br>as Assignees of BBK TAVERN, INC., d/b/a<br>THE PRINCETON TAVERN, by and through<br>its authorized representative, JOHN BELL<br>518 Revolutionary Way<br>Warminster, PA 18974<br>              Plaintiffs | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>CIVIL ACTION |
|      v. | : <br>: | |
| THE CARMAN CORPORATION<br>940 W. Sproul Road, Suite 103<br>Springfield, PA 19064<br>and<br>THE CARMAN GROUP, INC.<br>940 W. Sproul Road, Suite 103<br>Springfield, PA 19064<br>and<br>THE CARMAN GROUP, LLC<br>940 W. Sproul Road, Suite 103<br>Springfield, PA 19064<br>and<br>SERGIUS B. CARMAN<br>940 W. Sproul Road, Suite 103<br>Springfield, PA 19064<br>           Defendants | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | JULY TERM, 2013<br><br><br><br>NO.: 4825 |

## CIVIL ACTION - AMENDED COMPLAINT - NOTICE TO DEFEND
## 2O PERSONAL INJURY OTHER AND TORT, 1C - CONTRACT

YOU HAVE BEEN SUED IN COURT.  IF YOU WISH TO DEFEND
AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU
MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS
COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN
APPEARANCE PERSONALLY OR BY AN ATTORNEY AND FILING IN
WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO

LE HAN DEMANDADO A USTED EN LA CORTE.  SI USTED QUIERE
DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN LAS PAGINAS
SIGUIENTES, USTED TIENE VIENTE (20) DIAS, DE PLAZO AL PARTIR
DE LA FECHA DE LA DEMANDA Y LA NOTIFICATION. HACE FALTA
ASENTAR UNA COMPARENCIA ESCRITA O EN FORMA ESCRITA SUS
DEFENSAS O SUS OBJECIONES A LAS DEMANDAS EN CONTRA DE SU

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

THE CLAIMS SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-1701

PERSONA. SEA AVISADO QUE SI USTED NO SE DEFIENDE, LA CORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMANDA EN CONTRA SUYA SIN PREVIO AVISO O NOTIFICACION.  ADEMAS, LA CORTE PUEDE DICIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA. USTED PUEDE PERDER DINERO O SUS PROPIEDADES U OTROS DERECHOS IMPORTANTES PARA USTED.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.
Asociacion de Licenceados de Filadelphia
Servicio de Referencia e Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-1701

1.      Plaintiff, **RONALD KELLY,** is an adult individual residing at 518 Revolutionary Way, Warminster, PA 18974.

2.      Plaintiff, **PATRICE KELLY,** is an adult individual residing at 518 Revolutionary Way, Warminster, PA 18974.

3.      Plaintiffs, Ronald Kelly and Patrice Kelly, as Assignees of BBK Tavern, Inc., d/b/a The Princeton Tavern, by and through its authorized representative, John Bell, hereby files this litigation upon a valid and enforceable assignment of rights.

4.      Defendant, **THE CARMAN CORPORATION,** is a Pennsylvania corporation or business entity with an address at 940 W. Sproul Road, Suite 103, Springfield, PA 19064. At all times material hereto, said Defendant regularly and systematically conducted business in Philadelphia County.

5.      Defendant, **THE CARMAN GROUP, INC.,** is a Pennsylvania corporation or business entity with an address at 940 W. Sproul Road, Suite 103, Springfield, PA 19064. At all times material hereto, said Defendant regularly and systematically conducted business in Philadelphia County.

6.      Defendant, **THE CARMAN GROUP, LLC,** is a Pennsylvania corporation or business entity with an address at 940 W. Sproul Road, Suite 103, Springfield, PA 19064.

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

At all times material hereto, said Defendant regularly and systematically conducted business in Philadelphia County.

7.     Defendant, **SERGIUS B. CARMAN,** is an adult individual and citizen of the Commonwealth of Pennsylvania, who readily conducts business at 940 W. Sproul Road, Suite 103, Springfield, PA 19064. At all times material hereto, said Defendant regularly and systematically conducted business in Philadelphia County.

8.     At all times material hereto, Defendant, **SERGIUS B. CARMAN**, acted within the course and scope of his employment with Defendants, **THE CARMAN CORPORATION, THE CARMAN GROUP, INC.** and **THE CARMAN GROUP, LLC.**

9.     At all times material hereto, BBK Tavern, Inc., d/b/a The Princeton Tavern had a business address at 7101 Rising Sun Avenue, Philadelphia, PA 19111 where it was in the business of operating a bar which served alcoholic beverages.

10.     At all times material hereto, the Defendants acted as an insurance broker for BBK Tavern, Inc., d/b/a The Princeton Tavern, by and through its authorized representative, John Bell and sold and wrote BBK Tavern, Inc., d/b/a The Princeton Tavern insurance coverage, including dram shop coverage for the bar located at 7101 Rising Sun Avenue, Philadelphia, PA 19111.

11.     At all times material hereto, the Defendants held themselves out as having expertise as insurance brokers and held themselves out as competent and qualified to process insurance claims.

12.     Pertinent to the instant litigation, the assignor, BBK Tavern, Inc., d/b/a The Princeton Tavern, by and through its authorized representative, John Bell, purchased certain insurance policies from State National Insurance Company through the Defendants

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

including dram shop coverage for the bar located at 7101 Rising Sun Avenue, Philadelphia, PA 19111.

13.     State National Insurance Company has denied coverage and refused to defend and indemnify the assignor in the matter of Kelly v. BBK Tavern et al., C.C.P., Phila. Cty.,   May Term; 2009; No. 3424   (hereinafter also referred to as the "Kelly Litigation").

14.     The Kelly litigation sought recovery of damages for severe and permanent injuries and economic losses sustained by Ronald and Patrice Kelly as a result of a motor vehicle accident that occurred on or about May 23, 2007.  Among other things, Ronald and Patrice Kelly alleged in the Kelly Litigation that BBK Tavern, Inc., d/b/a The Princeton Tavern served alcoholic drinks to an openly intoxicated customer, who was immediately thereafter involved in a motor vehicle accident with Ronald Kelly.

15.     At all times material to the pendency of the Kelly litigation, BBK Tavern, d/b/a The Princeton Tavern had dram shop coverage through State National Insurance Company which was purchased through the Defendants.

16.     Upon being served with the Writ of Summons and suit papers in the Kelly litigation, John Bell and his counsel formally advised the Defendants of the pending litigation and requested defense and indemnity under the applicable dram shop insurance coverage then and there in full force and effect with State National Insurance Company.

17.     Over the course of the pendency of the Kelly litigation on repeated occasions, John Bell and/or his counsel renewed their request of Defendants that they notify State National Insurance Company of the request for indemnity and defense in the Kelly litigation.

18.     The Defendants failed to timely notify State National Insurance Company of the Kelly Litigation and BBK Tavern, d/b/a The Princeton Tavern's request for indemnity and defense.

19.     As a result of the careless, negligence, breach of contract and other culpable conduct of the Defendants, as alleged hereinafter, State National Insurance Company refused to indemnify BBK Tavern, d/b/a The Princeton Tavern for liability resulting from the Kelly litigation.

20.     Based on the evidence obtained in discovery in the Kelly litigation, it became clear that the Kelly litigation had to be settled by BBK Tavern, d/b/a The Princeton Tavern to avoid a judgment against BBK Tavern, d/b/a The Princeton Tavern in the millions of dollars.

21.     As a result of the careless, negligence, breach of contract and other culpable conduct of the Defendants, as alleged hereinafter BBK Tavern, d/b/a The Princeton Tavern was forced to accept a consent judgment in the amount of $5,000,000.00.

22.     Ronald Kelly and Patrice Kelly, as Assignees of BBK Tavern, Inc., d/b/a The Princeton Tavern, by and through its authorized representative, John Bell, hereby file this litigation upon a valid and enforceable assignment of rights. See true and correct copy of the material part of Assignment of Rights executed by the Kellys and John Bell on behalf of BBK Tavern d/b/a The Princeton Tavern attached as Exhibit "A".

**Count I**
**Plaintiffs v. Defendants**

23.     Plaintiffs incorporate by reference the preceding paragraphs of this Complaint as though set forth fully herein.

24.     The Defendants negligently failed to timely notify State National Insurance Company of the Kelly litigation and BBK Tavern, Inc., d/b/a The Princeton Tavern's request for indemnity and defense.

25.     The Defendants knew or should have known that their failure to act reasonably and promptly would cause irreparable harm to BBK Tavern, d/b/a The Princeton Tavern.

26.     The negligence, carelessness, and/or other culpable conduct of the Defendants consisted of the following:

      (a)     Failure to promptly process the request for indemnity and defense;

      (b)     Failing to promptly notify State National Insurance Company of the request for indemnity and defense;

      (c)     Failing to act in the best interests of BBK Tavern, d/b/a The Princeton Tavern;

      (d)     Failing in their duties to BBK Tavern, d/b/a The Princeton Tavern in violation of the laws of the Commonwealth of Pennsylvania;

      (e)     Failing to fulfill their fiduciary duties to BBK Tavern, d/b/a The Princeton Tavern;

      (f)     Failing to train their employees in order to have the degree of skill and knowledge requisite for their employment responsibilities;

      (g)     Failing to exercise good faith and reasonable skill, care and diligence in the

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

execution of their employment responsibilities;

(h)    Failing to possess reasonable knowledge concerning the reporting of litigation claims against the insureds; and

(i)    Failing to exercise the care that a reasonably prudent business person in the brokerage field would exercise under similar circumstances.

27.    As a result of the negligence of the Defendants, a default judgment was entered in the Kelly litigation.

28    By reason of the aforesaid carelessness, negligence and/or recklessness of the Defendants as hereinbefore alleged, BBK Tavern, d/b/a The Princeton Tavern suffered financially to its detriment as the insurance coverage which it had paid for did not cover indemnity and defense in the Kelly litigation and forced BBK Tavern, d/b/a The Princeton Tavern to enter into a stipulated judgment with Ronald and Patrice Kelly in the amount of Five Million Dollars for which it is liable.

WHEREFORE, Plaintiffs demand that judgment be entered in their favor and against Defendants, jointly and severally, in a sum in excess of Fifty Thousand ($50,000.00) Dollars, plus delay damages, interest, attorneys fees and costs.

### Count II
### Plaintiffs v. Defendants

29.    Plaintiffs incorporate by reference the preceding paragraphs of this Complaint as though set forth fully herein.

30.    At all times material hereto, BBK Tavern, d/b/a The Princeton Tavern, entered into an oral contract with Defendants who would act as BBK Tavern, d/b/a The Princeton Tavern's insurance broker.

31.   The Defendants had the duty to process the notice of claims made against BBK Tavern, d/b/a The Princeton Tavern in a timely manner.

32.   The Defendants failed to process notice of the claims made in the Kelly litigation to State National Insurance Company.

33.   The Defendants failed to discharge their duties imposed upon them by their oral contract with BBK Tavern, d/b/a The Princeton Tavern to obtain liability insurance and to promptly notify the applicable insurance carrier of claims made against BBK Tavern, d/b/a The Princeton Tavern.

34.   As a direct and proximate result  of the Defendants' aforesaid material breach, BBK Tavern, d/b/a The Princeton Tavern suffered financially to its detriment as the insurance coverage which it had paid for did not cover indemnity and defense in the Kelly litigation and forced  BBK Tavern, d/b/a The Princeton Tavern to enter into a stipulated judgment with Ronald and Patrice Kelly in the amount of Five Million Dollars for which it is now liable.

**WHEREFORE,** Plaintiffs demand that judgment be entered in their favor and against Defendants, jointly and severally, in a sum in excess of Fifty Thousand ($50,000.00) Dollars, plus delay damages, interest, attorneys fees and costs.

**PANSINI & MEZROW, P.C.**

BY:   **/s/ Michael O. Pansini**
　　　**MICHAEL O. PANSINI, ESQUIRE**
　　　**Attorney for Plaintiffs**

**Dated:** 01/09/14

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

COMMONWEALTH OF PENNSYLVANIA     :   SS

COUNTY OF PHILADELPHIA     :

Ronald Kelly     , being duly sworn according to law, deposes and says that he/she is the Plaintiff in the foregoing action, and that the facts set forth in the Civil Action Complaint are true and correct to the best of his/her knowledge, information and belief. I understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

*Ronald M. Kelly*

DATE: 1/9/14

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

# EXHIBIT "A"

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

**CONFIDENTIAL**
**ASSIGNMENT AND COVENANT OF COOPERATION**

This Assignment and Covenant of Cooperation is entered into on this _7_ day of _January_, 2012, by and between Ronald and Patrice Kelly (collectively hereinafter referred to as "Assignees"), and BBK Tavern, Inc. d/b/a The Princeton Tavern (hereinafter referred to as "Assignor").

**REDACTED**

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

REDACTED

2

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

REDACTED

II.   **AGREEMENT**

NOW THEREFORE, in consideration for the mutual promises and covenants set forth herein, the receipt and sufficiency of which is hereby acknowledged, and AGREEING AND INTENDING TO BE LEGALLY BOUND, the parties agree as follows:

A.    Assignment of Claims

BBK Tavern, Inc. d/b/a The Princeton Tavern, by and through its authorized

3

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

representative, John Bell (collectively referred to as "Assignors"), do hereby agree to and do hereby assign to Ronald and Patrice Kelly, the assigned claims which include any and all rights in law and/or in equity that they now have or may in the future have, whether now known or hereinafter ascertained, against certain persons and companies including Carmen Corporation, Serge Carmen, and David Lehman, Esquire, their affiliates agents and employees arising out of or in any manner related to their handling or involvement in the Kelly Litigation and the negligent and improper failure to notify State National Insurance Company of the Kelly Litigation, including but not limited to the negligent and improper failure to notify State National Insurance Company of the Kelly Litigation.  It is expressly intended that the rights so assigned hereby shall include, but not be limited to, any and all claims and/or remedies at law and/or in equity for bad faith, breach of contract, malpractice, professional malpractice, errors and omissions, negligence, breach of fiduciary duty or obligation, breach of implied and/or express covenants of fair dealing and good faith, and any and all other related actions, claims and/or causes of action arising out of or in any manner related to the Kelly Litigation and provision of and failure to provide insurance coverage, appropriate claims handling, a defense of claims, and indemnification. The claims, rights, causes and remedies described herein shall hereinafter be referred to as the "Assigned Claims".

The Assigned Claims may be pursued in the name of Ronald and Patrice Kelly, or BBK Tavern, Inc. d/b/a The Princeton Tavern as Assignees and as Assignees' counsel deems fit as Assignor is retaining an interest in the litigation as set forth in paragraph E below.

4

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

REDACTED

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

REDACTED

6

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

REDACTED

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

**REDACTED**

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

# REDACTED

H.    Execution and Counterparts

This Agreement shall become effective only upon its execution by the parties hereto.

It is understood, however, that this Agreement may be executed in counterparts, each of

which shall be deemed an original, but which together shall constitute one and the same

instrument.

Dated: _1/9/13_                    _Ronald Kelly_
                                   Ronald Kelly

Dated: _1/9/13_                    _Patrice Kelly_
                                   Patrice Kelly

Dated: _1/9/13_                    _____

                                   Michael Pansini, Esquire
                                   Attorney for Assignees

Dated: _12-15-12_                  _John Bell_
                                   John Bell on behalf of BBK Tavern,
                                   Inc. d/b/a The Princeton Tavern

Dated: _1/2/13_                    _____

                                   Thomas Reilly, Esquire
                                   Attorney for Defendant, BBK Tavern,
                                   Inc. d/b/a The Princeton Tavern

9

Case ID: 130704825
Case ID: 141200233
Case ID: 130704825
Control No.: 14120601



# Exhibit "B"

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

# Docket Report

## Case Description

| | |
|---|---|
| **Case ID_:** | 130704825 |
| **Case Caption:** | KELLY ETAL VS THE CARMAN CORPORATION ETAL |
| **Filing Date:** | Friday , August 02nd, 2013 |
| **Location:** | CH - City Hall |
| **Case Type:** | 2O - PERSONAL INJURY - OTHER |
| **Status:** | CLLSC - LISTED FOR SETTLEMENT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| PROJECTED SETTLEMENT CONF DATE | 05-JAN-2015 09:00 AM | City Hall | Courtroom 246 City Hall | BERNSTEIN, MARK I |
| PROJECTED PRE-TRIAL CONF. DATE | 02-MAR-2015 09:00 AM | City Hall | Courtroom 246 City Hall | BERNSTEIN, MARK I |
| PROJECTED TRIAL DATE | 06-APR-2015 09:00 AM | City Hall | Courtroom 246 City Hall | BERNSTEIN, MARK I |

## Case Motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| MOTION TO AMEND | 07-NOV-2014 | 14102028 | 16-OCT-2014 | SMITH, GREGORY E |

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | A44455 | PANSINI, MICHAEL O |

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

| | | | | | |
|---|---|---|---|---|---|
| **Address:** | PANSINI & MEZROW 1525 LOCUST ST 15TH FLOOR PHILADELPHIA PA 19102 (215)732-5555 (215)732-7872 - FAX | | **Aliases:** | *none* | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 1 | | PLAINTIFF | @7517577 | KELLY, RONALD |
| **Address:** | 518 REVOLUTIONARY WAY WARMINSTER PA 18974 | | **Aliases:** | *none* | |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 1 | | PLAINTIFF | @7517578 | KELLY, PATRICE |
| **Address:** | 518 REVOLUTIONARY WAY WARMINSTER PA 18974 | | **Aliases:** | *none* | |

| | | | | | |
|---|---|---|---|---|---|
| 4 | 1 | | PLAINTIFF | @7517579 | KELLY, RONALD |
| **Address:** | 518 REVOLUTIONARY WAY WARMINSTER PA 18974 | | **Aliases:** | RONALD KELLY, AS ASSIGNEE OF BBK TAVERN, INC., D/B/A THE PRINCETON TAVERN, BY AND THROUGH ITS AUTHORIZED REPRESENTATIVE, JOHN BELL | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | 1 | | PLAINTIFF | @7517580 | KELLY, PATRICE |
| **Address:** | 518 REVOLUTIONARY WAY WARMINSTER PA 18974 | | **Aliases:** | PATRICE KELLY, AS ASSIGNEE OF BBK TAVERN, INC., D/B/A THE PRINCETON TAVERN, BY AND THROUGH ITS AUTHORIZED REPRESENTATIVE, JOHN BELL | |

Case ID: 141200233
Case ID: 120704825
12/12/2014 10:48 AM
Control No.: 14120601

| 6 | 11 | | DEFENDANT | @7517581 | THE CARMAN CORPORATION |
|---|---|---|---|---|---|
| **Address:** | 940 W. SPROUL ROAD, SUITE 103 SPRINGFIELD PA 19064 | | **Aliases:** | *none* | |
| 7 | 11 | | DEFENDANT | @7517582 | THE CARMAN GROUP, INC. |
| **Address:** | 940 W. SPROUL ROAD, SUITE 103 SPRINGFIELD PA 19064 | | **Aliases:** | *none* | |
| 8 | 11 | | DEFENDANT | @7517583 | THE CARMAN GROUP, LLC |
| **Address:** | 940 W. SPROUL ROAD, SUITE 103 SPRINGFIELD PA 19064 | | **Aliases:** | *none* | |
| 9 | 11 | | DEFENDANT | @7517584 | CARMAN, SERGIUS B |
| **Address:** | 940 W. SPROUL ROAD, SUITE 103 SPRINGFIELD PA 19064 | | **Aliases:** | *none* | |
| 10 | | | TEAM LEADER | J326 | BERNSTEIN, MARK I |
| **Address:** | 530 CITY HALL PHILADELPHIA PA 19107 (215)686-7335 | | **Aliases:** | *none* | |
| 11 | | | ATTORNEY FOR DEFENDANT | A55046 | TUCKER, WENDY F |

Docket Report - Not an Official Document

https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

| Address: | 760 W. SPROUL ROAD SUITE 301 SPRINGFIELD PA 19064 (610)541-2893 | Aliases: | none | | |
|---|---|---|---|---|---|
| 12 | 11 | | ATTORNEY FOR DEFENDANT | A43261 | ODONNELL, CHARLES M |
| Address: | SELECTIVE RISK MANAGEMENT SELECTIVE LAW GROUP 900 WEST SPROUL ROAD, SUITE 10 SPRINGFIELD PA 19064 (888)256-8687 | Aliases: | none | | |
| 13 | 1 | | ATTORNEY FOR PLAINTIFF | A43746 | MEZROW, STEVEN M |
| Address: | PANSINI & MEZROW 1525 LOCUST ST 15TH FLOOR PHILADELPHIA PA 19102 (215)732-5555 (215)732-7872 - FAX | Aliases: | none | | |

## Docket Entries

Check for Threaded Docket
This feature will reduce the docket
to motion related entries only.

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 02-AUG-2013 12:29 PM | ACTIV - ACTIVE CASE | | | 02-AUG-2013 12:31 PM |

Case ID: 141200233
Case ID: 130704825
12/1/2014 9:48 AM
Control No.: 14120601

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | E-Filing Number: 1308003233 | | | |
| 02-AUG-2013 12:29 PM | CIVIJ - COMMENCEMENT CIVIL ACTION JURY | PANSINI, MICHAEL O | | 02-AUG-2013 12:31 PM |
| **Documents:** | Final Cover | | | |
| **Docket Entry:** | *none.* | | | |
| 02-AUG-2013 12:29 PM | WRSUM - PRAE TO ISSUE WRIT OF SUMMONS | PANSINI, MICHAEL O | | 02-AUG-2013 12:31 PM |
| **Documents:** | Praecipe and Writ of Summons.pdf | | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | | |
| 02-AUG-2013 12:29 PM | SSCG4 - SHERIFF'S SURCHARGE 4 DEFTS | PANSINI, MICHAEL O | | 02-AUG-2013 12:31 PM |
| **Docket Entry:** | *none.* | | | |
| 02-AUG-2013 12:29 PM | JURYT - JURY TRIAL PERFECTED | PANSINI, MICHAEL O | | 02-AUG-2013 12:31 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| 02-AUG-2013 12:29 PM | CLWCM - WAITING TO LIST CASE MGMT CONF | PANSINI, MICHAEL O | | 02-AUG-2013 12:31 PM |
| **Docket Entry:** | *none.* | | | |
| 30-AUG-2013 03:04 PM | SHSRV - SHERIFF'S SERVICE | PANSINI, MICHAEL O | | 30-AUG-2013 03:05 PM |
| **Documents:** | Affidavit of Service The Carman Corporation.pdf | | | |

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON THE CARMAN CORPORATION BY SHERIFF OF DELAWARE COUNTY ON 08/20/2013. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |

| 30-AUG-2013 03:09 PM | ATSNF - ATTEMPTED SERVICE - NOT FOUND | PANSINI, MICHAEL O | | 30-AUG-2013 03:54 PM |
|---|---|---|---|---|
| **Documents:** | Proof of Non Service The Carman Group Inc.pdf | | | |
| **Docket Entry:** | THE CARMAN GROUP, INC. NOT FOUND ON 08/20/2013. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |

| 30-AUG-2013 03:12 PM | ATSNF - ATTEMPTED SERVICE - NOT FOUND | PANSINI, MICHAEL O | | 30-AUG-2013 03:54 PM |
|---|---|---|---|---|
| **Documents:** | Proof of Non Service The Carman Group LLC.pdf | | | |
| **Docket Entry:** | THE CARMAN GROUP, LLC NOT FOUND ON 08/20/2013. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |

| 30-AUG-2013 03:15 PM | ATSNF - ATTEMPTED SERVICE - NOT FOUND | PANSINI, MICHAEL O | | 30-AUG-2013 03:54 PM |
|---|---|---|---|---|
| **Documents:** | Proof of Non Service Sergius Carman.pdf | | | |
| **Docket Entry:** | SERGIUS B CARMAN NOT FOUND ON 08/20/2013. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |

| 30-AUG-2013 03:18 PM | WRSUR - PRAECIPE TO REISSUE SUMMONS | PANSINI, MICHAEL O | | 30-AUG-2013 03:23 PM |
|---|---|---|---|---|
| **Documents:** | Praecipe to Reissue Writ of Summons.pdf<br>Praecipe and Writ Summons.pdf | | | |
| **Docket Entry:** | PREACIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

Docket Report - Not an Official Document   https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

| 27-SEP-2013 04:57 PM | WRSUR - PRAECIPE TO REISSUE SUMMONS | PANSINI, MICHAEL O | | 30-SEP-2013 07:32 AM |
|---|---|---|---|---|
| **Documents:** | Praecipe to Reissue Writ Summons.pdf<br>Writ and Summons.pdf | | | |
| **Docket Entry:** | PREACIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |
| | | | | |
| 04-OCT-2013 01:47 PM | CLLCM - LISTED FOR CASE MGMT CONF | | | 04-OCT-2013 01:47 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 08-OCT-2013 12:41 AM | CLNGV - NOTICE GIVEN | | | 08-OCT-2013 12:41 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 05-NOV-2013 12:08 PM | CMPLT - COMPLAINT FILED NOTICE GIVEN | PANSINI, MICHAEL O | | 05-NOV-2013 12:09 PM |
| **Documents:** | Civil Action Complaint.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |
| | | | | |
| 05-NOV-2013 04:24 PM | MTSVR - MOTION FOR ALTERNATIVE SERVICE | PANSINI, MICHAEL O | | 06-NOV-2013 02:39 PM |
| **Documents:** | Motion for Alternative Service.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 51-13110851 MOTION FOR ALTERNATIVE SERVICE (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |

12/4/2014 9:40 AM

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

Docket Report - Not an Official Document

https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

| 06-NOV-2013 09:25 AM | CLCCC - CASE MGMT CONFERENCE COMPLETED | PELLETREAU, CHARLES | | 06-NOV-2013 09:25 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 06-NOV-2013 09:25 AM | CMOIS - CASE MANAGEMENT ORDER ISSUED | | | 06-NOV-2013 09:25 AM |
|---|---|---|---|---|
| **Documents:** | CMOIS_17.pdf | | | |
| **Docket Entry:** | CASE MANAGEMENT ORDER STANDARD TRACK - AND NOW, 06-NOV-2013, it is Ordered that: 1. The case management and time standards adopted for standard track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 06-OCT-2014. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 06-OCT-2014. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 03-NOV-2014. 5. All pre-trial motions shall be filed not later than 03-NOV-2014. 6. A settlement conference may be scheduled at any time after 03-NOV-2014. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;(b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount; (c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 05-JAN-2015. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant; (b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial; (c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state in position |

Case ID: 141200233
Case ID: 120704825
12/30/2014 9:48 AM
Control No.: 14120601

Docket Report - Not an Official Document

https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability; (f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 02-FEB-2015, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: MARK BERNSTEIN, J.

| 06-NOV-2013 09:25 AM | CLLSC - LISTED FOR SETTLEMENT CONF | | | 06-NOV-2013 09:25 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 06-NOV-2013 09:25 AM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 06-NOV-2013 12:44 PM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 06-NOV-2013 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 06-NOV-2013. | | | |

| 06-NOV-2013 09:25 AM | CLLPT - LISTED FOR PRE-TRIAL CONF | | | 06-NOV-2013 09:25 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 06-NOV-2013 09:25 AM | CLLTR - LISTED FOR TRIAL | | | 06-NOV-2013 09:25 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 07-NOV-2013 01:26 PM | MTASN - MOTION ASSIGNED | | | 07-NOV-2013 01:26 PM |
|---|---|---|---|---|
| **Docket Entry:** | 51-13110851 MOTION FOR ALTERNATIVE SERVICE ASSIGNED TO JUDGE: BERNSTEIN, MARK I. ON DATE: NOVEMBER 07, 2013 | | | |

| 19-NOV-2013 08:06 PM | ORDER - ORDER ENTERED/236 NOTICE | BERNSTEIN, MARK I | | 19-NOV-2013 08:06 PM |
|---|---|---|---|---|

Case ID: 141200233

12/1/2014 9:48 AM

Case ID: 130704825
Control No.: 14120601

| | GIVEN | | | |
|---|---|---|---|---|
| **Documents:** | ORDER_24.pdf | | | |
| **Docket Entry** | 51-13110851 IT IS ORDERED THAT THE PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE IS GRANTED, PERMITTING SERVICE BY: REGULAR AND CERTIFIED MAIL UPON DEFENDANTS, THE CARMAN GROUP, INC., THE CARMAN GROUP, LLC AND SERGIUS B. CARMAN AT 940 W. SPROUL ROAD, SUITE 103, SPRINGFIELD, PA 19064. ...BY THE COURT; BERNSTEIN, J. 11-18-13 | | | |
| 19-NOV-2013 08:06 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 21-NOV-2013 04:57 PM |
| **Docket Entry:** | NOTICE GIVEN ON 21-NOV-2013 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 19-NOV-2013. | | | |
| 26-NOV-2013 10:47 AM | WRSUR - PRAECIPE TO REISSUE SUMMONS | PANSINI, MICHAEL O | | 26-NOV-2013 12:09 PM |
| **Documents:** | Praecipe to Reissue Writ of Summons.pdf Praecipe and Writ of Summons.pdf | | | |
| **Docket Entry:** | PREACIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |
| 26-NOV-2013 10:51 AM | CMREI - PRAECIPE TO REINSTATE CMPLT | PANSINI, MICHAEL O | | 26-NOV-2013 12:08 PM |
| **Documents:** | Praecipe to Reinstate Complaint.pdf Complaint.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |
| 09-DEC-2013 11:27 AM | AFDVT - AFFIDAVIT OF SERVICE FILED | PANSINI, MICHAEL O | | 09-DEC-2013 11:28 AM |
| **Documents:** | Affidavit of Service The Carman Group Inc.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFFS' COMPLAINT AND PLAINTIFFS' WRIT OF SUMMONS UPON THE CARMAN GROUP, INC. BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/27/2013 | | | |

Case ID: 141200233
Case ID: 120704825
Control No.: 14120601

|  |  |  |  |  |
|---|---|---|---|---|
|  | FILED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) |  |  |  |

| 09-DEC-2013 11:32 AM | AFDVT - AFFIDAVIT OF SERVICE FILED | PANSINI, MICHAEL O |  | 09-DEC-2013 11:39 AM |
|---|---|---|---|---|
| **Documents:** | Affidavit of Service The Carman Group LLC.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFFS' COMPLAINT AND PLAINTIFFS' WRIT OF SUMMONS UPON THE CARMAN GROUP, LLC BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/27/2013 FILED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |

| 09-DEC-2013 11:35 AM | AFDVT - AFFIDAVIT OF SERVICE FILED | PANSINI, MICHAEL O |  | 09-DEC-2013 11:43 AM |
|---|---|---|---|---|
| **Documents:** | Affidavit of Service Sergius B. Carman.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFFS' COMPLAINT AND PLAINTIFFS' WRIT OF SUMMONS UPON SERGIUS B CARMAN BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 11/27/2013 FILED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |

| 20-DEC-2013 01:22 PM | ENAPP - ENTRY OF APPEARANCE FILED | TUCKER, WENDY F |  | 20-DEC-2013 01:37 PM |
|---|---|---|---|---|
| **Documents:** | Entry of Appearance and Cert.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF WENDY F TUCKER FILED. (FILED ON BEHALF OF SERGIUS B CARMAN, THE CARMAN GROUP, LLC, THE CARMAN GROUP, INC. AND THE CARMAN CORPORATION) | | | |

| 20-DEC-2013 01:32 PM | PROBJ - PRELIMINARY OBJECTIONS | TUCKER, WENDY F |  | 20-DEC-2013 02:07 PM |
|---|---|---|---|---|
| **Documents:** | POs, LM, Order, COS.pdf<br>Exhibit A.pdf<br>Exhibit B.pdf | | | |
| **Docket Entry:** | 65-13122865 PRELIMINARY OBJECTIONS TO PLAINTIFF'S COMPLAINT FILED. RESPONSE DATE: 01/09/2014 (FILED ON BEHALF OF SERGIUS B CARMAN, THE CARMAN GROUP, LLC, THE CARMAN GROUP, INC. AND THE CARMAN CORPORATION) | | | |

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

Docket Report - Not an Official Document

https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

| 09-JAN-2014 12:03 PM | CMAMD - AMENDED COMPLAINT FILED | PANSINI, MICHAEL O | | 09-JAN-2014 12:28 PM |
|---|---|---|---|---|
| **Documents:** | Amended Complaint.pdf | | | |
| **Docket Entry:** | AMENDED COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY(20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |
| | | | | |
| 13-JAN-2014 09:37 AM | PODAM - PRELIM OBJECTIONS-MARKED MOOT | | | 13-JAN-2014 09:37 AM |
| **Docket Entry:** | 65-13122865 AMENDED COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY(20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| | | | | |
| 01-AUG-2014 02:36 PM | ANCOM - ANSWER TO COMPLAINT FILED | TUCKER, WENDY F | | 04-AUG-2014 09:40 AM |
| **Documents:** | Ans to Amended Complaint with New Matter.pdf | | | |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO PLAINTIFF'S AMENDED COMPLAINT FILED. (FILED ON BEHALF OF SERGIUS B CARMAN, THE CARMAN GROUP, LLC, THE CARMAN GROUP, INC. AND THE CARMAN CORPORATION) | | | |
| | | | | |
| 28-AUG-2014 03:52 PM | ENAPC - ENTRY OF APPEARANCE-CO COUNSEL | ODONNELL, CHARLES M | | 29-AUG-2014 10:09 AM |
| **Documents:** | Entry of Appearance and Cert - CMOD.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF CHARLES M ODONNELL AS CO-COUNSEL FILED. (FILED ON BEHALF OF SERGIUS B CARMAN, THE CARMAN GROUP, LLC, THE CARMAN GROUP, INC. AND THE CARMAN CORPORATION) | | | |
| | | | | |
| 08-SEP-2014 04:05 PM | DSCIM - DISCOVERY HEARING REQST FILED | PANSINI, MICHAEL O | | 09-SEP-2014 08:22 AM |
| **Documents:** | Pls Motion to Compel Discovery Responses.pdf Exhibit A - Pls MTC Discovery Responses.pdf Exhibit B - Pls MTC Discovery Responses.pdf | | | |

Case ID: 141200233
Case ID: 120704825
12/12/2014 08:25 AM
Control No.: 14120601

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO COMPEL ANSWERS AND PRODUCTION OF DOCUMENTS. HEARING SCHEDULED FOR: SEPTEMBER 22, 2014 AT 01:00 IN ROOM 246 CITY HALL. (FILED ON BEHALF OF RONALD KELLY, PATRICE KELLY, RONALD KELLY AND PATRICE KELLY) | | | |

| | | | | |
|---|---|---|---|---|
| 01-OCT-2014 03:10 PM | MTEXR - MOT-FOR EXTRAORDINARY RELIEF | TUCKER, WENDY F | | 02-OCT-2014 10:14 AM |

**Documents:** Motion for Extraordinary Relief.pdf
Motion CoverSheet Form

| | |
|---|---|
| **Docket Entry:** | 04-14100204 RESPONSE DATE 10/14/2014. (FILED ON BEHALF OF SERGIUS B CARMAN, THE CARMAN GROUP, LLC, THE CARMAN GROUP, INC. AND THE CARMAN CORPORATION) |

| | | | | |
|---|---|---|---|---|
| 02-OCT-2014 04:22 PM | RPNMT - REPLY TO NEW MATTER | PANSINI, MICHAEL O | | 03-OCT-2014 08:17 AM |

**Documents:** Pls Reply to New Matter.pdf

| | |
|---|---|
| **Docket Entry:** | REPLY TO NEW MATTER OF THE CARMAN GROUP, LLC, THE CARMAN GROUP, INC., THE CARMAN CORPORATION AND SERGIUS B CARMAN FILED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) |

| | | | | |
|---|---|---|---|---|
| 06-OCT-2014 08:02 AM | ENAPC - ENTRY OF APPEARANCE-CO COUNSEL | MEZROW, STEVEN M | | 06-OCT-2014 10:48 AM |

**Documents:** EOA SMM.pdf

| | |
|---|---|
| **Docket Entry:** | ENTRY OF APPEARANCE OF STEVEN M MEZROW AS CO-COUNSEL FILED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) |

| | | | | |
|---|---|---|---|---|
| 06-OCT-2014 08:10 AM | DSCIM - DISCOVERY HEARING REQST FILED | PANSINI, MICHAEL O | | 06-OCT-2014 08:22 AM |

**Documents:** Pls Motion to Compel Depositions.pdf

| | |
|---|---|
| **Docket Entry:** | DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO COMPEL DEPOSITION. HEARING SCHEDULED FOR: OCTOBER 21, 2014 AT 01:00 IN ROOM 246 CITY HALL. (FILED ON BEHALF OF RONALD |

Case ID: 141200233
Case ID: 130704825
12/12/2014 9:48:2 AM
Control No.: 14120601

KELLY, PATRICE KELLY, RONALD KELLY AND PATRICE KELLY)

| 06-OCT-2014 08:18 AM | DSCIM - DISCOVERY HEARING REQST FILED | PANSINI, MICHAEL O | | 06-OCT-2014 08:28 AM |
|---|---|---|---|---|

**Documents:** Motion to Strike Objections and Compel Answers.pdf
Exhibit A - Motion to Strike Objections and Compel Answers.pdf
Exhibit B - Motion to Strike Objections and Compel Answers.pdf

**Docket Entry:** DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO STRIKE OBJECTIONS AND COMPEL ANSWERS. HEARING SCHEDULED FOR: OCTOBER 21, 2014 AT 01:00 IN ROOM 246 CITY HALL. (FILED ON BEHALF OF RONALD KELLY, PATRICE KELLY, RONALD KELLY AND PATRICE KELLY)

| 06-OCT-2014 10:53 AM | DSCIM - DISCOVERY HEARING REQST FILED | MEZROW, STEVEN M | | 06-OCT-2014 12:53 PM |
|---|---|---|---|---|

**Documents:** Motion to Quash Subpoena Kowalski.pdf
Exhibit A - Motion to Quash Subpoena Kowalski.pdf
Exhibit B - Motion to Quash Subpoena Kowalski.pdf

**Docket Entry:** DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO QUASH SUBPOENA. HEARING SCHEDULED FOR: OCTOBER 21, 2014 AT 01:00 IN ROOM 246 CITY HALL. (FILED ON BEHALF OF RONALD KELLY, PATRICE KELLY, RONALD KELLY AND PATRICE KELLY)

| 06-OCT-2014 10:55 AM | DSCIM - DISCOVERY HEARING REQST FILED | MEZROW, STEVEN M | | 06-OCT-2014 12:53 PM |
|---|---|---|---|---|

**Documents:** Motion to Quash Subpoena Pansini.pdf
Exhibit A - Motion to Quash Subpoena Pansini.pdf
Exhibit B - Motion to Quash Subpoena Pansini.pdf

**Docket Entry:** DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO QUASH SUBPOENA. HEARING SCHEDULED FOR: OCTOBER 21, 2014 AT 01:00 IN ROOM 246 CITY HALL. (FILED ON BEHALF OF RONALD KELLY, PATRICE KELLY, RONALD KELLY AND PATRICE KELLY)

| 06-OCT-2014 04:23 PM | DSCIM - DISCOVERY HEARING REQST FILED | TUCKER, WENDY F | | 07-OCT-2014 08:34 AM |
|---|---|---|---|---|

**Documents:** Motion to Compel Discovery.pdf

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

Docket Report - Not an Official Document

https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO COMPEL REQUEST FOR PRODUCTION. HEARING SCHEDULED FOR: OCTOBER 21, 2014 AT 01:00 IN ROOM 246 CITY HALL. (FILED ON BEHALF OF THE CARMAN CORPORATION, THE CARMAN GROUP, INC., THE CARMAN GROUP, LLC AND SERGIUS B CARMAN) | | | |
| 06-OCT-2014 04:25 PM | DSCIM - DISCOVERY HEARING REQST FILED | TUCKER, WENDY F | | 07-OCT-2014 08:35 AM |
| **Documents:** | Motion to Compel Deps of Plaintiffs.pdf | | | |
| **Docket Entry:** | DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO COMPEL DEPOSITION. HEARING SCHEDULED FOR: OCTOBER 21, 2014 AT 01:00 IN ROOM 246 CITY HALL. (FILED ON BEHALF OF THE CARMAN CORPORATION, THE CARMAN GROUP, INC., THE CARMAN GROUP, LLC AND SERGIUS B CARMAN) | | | |
| 06-OCT-2014 04:27 PM | DSCIM - DISCOVERY HEARING REQST FILED | TUCKER, WENDY F | | 07-OCT-2014 08:35 AM |
| **Documents:** | Motion to Compel Pansini and Kowalski.pdf | | | |
| **Docket Entry:** | DISCOVERY HEARING REQUEST FILED IN RE: MOTION TO COMPEL DEPOSITION. HEARING SCHEDULED FOR: OCTOBER 21, 2014 AT 01:00 IN ROOM 246 CITY HALL. (FILED ON BEHALF OF THE CARMAN CORPORATION, THE CARMAN GROUP, INC., THE CARMAN GROUP, LLC AND SERGIUS B CARMAN) | | | |
| 10-OCT-2014 01:27 PM | CLLSC - LISTED FOR SETTLEMENT CONF | | | 10-OCT-2014 01:27 PM |
| **Docket Entry:** | none. | | | |
| 10-OCT-2014 01:27 PM | CLCDS - CONFERENCE DATE SET | | | 10-OCT-2014 01:27 PM |
| **Docket Entry:** | none. | | | |

Case ID: 141200233
Case ID: 120704825
Control No.: 14120601

12/12/2014 4:42 PM

Docket Report - Not an Official Document

| 13-OCT-2014 04:03 PM | MTANS - ANSWER (MOTION/PETITION) FILED | PANSINI, MICHAEL O | | 14-OCT-2014 04:45 PM |
|---|---|---|---|---|
| **Documents:** | Pls Response to Ds Motion for Extraordinary Relief.pdf<br>Exhibit A - Response to Mt4Extra Relief.pdf<br>Exhibit B - Response to Mt4Extra Relief.pdf<br>Exhibic C - Response to Mt4Extra Relief.pdf<br>Exhibit D - Response to Mt4Extra Relief.pdf<br>Exhibit E - Response to Mt4Extra Relief.pdf<br>Exhibit F - Response to Mt4Extra Relief.pdf<br>Exhibit G - Response to Mt4Extra Relief.pdf<br>Exhibit H - Response to Mt4Extra Relief.pdf<br>Exhibit I - Response to Mt4Extra Relief.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 04-14100204 ANSWER IN OPPOSITION OF MOT-FOR EXTRAORDINARY RELIEF FILED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) | | | |

| 14-OCT-2014 12:34 AM | CLNGV - NOTICE GIVEN | | | 14-OCT-2014 12:34 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 16-OCT-2014 01:53 PM | MTAMD - MOTION TO AMEND | TUCKER, WENDY F | | 16-OCT-2014 02:35 PM |
|---|---|---|---|---|
| **Documents:** | Motion to Amend New Matter.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 28-14102028 RESPONSE DATE 11/05/2014. (FILED ON BEHALF OF SERGIUS B CARMAN, THE CARMAN GROUP, LLC, THE CARMAN GROUP, INC. AND THE CARMAN CORPORATION) | | | |

| 16-OCT-2014 03:53 PM | MTASN - MOTION ASSIGNED | | | 16-OCT-2014 03:53 PM |
|---|---|---|---|---|
| **Docket Entry:** | 04-14100204 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: BERNSTEIN, MARK I. ON DATE: OCTOBER 16, 2014 | | | |

| 22-OCT-2014 01:11 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | BERNSTEIN, MARK I | | 22-OCT-2014 12:00 AM |
|---|---|---|---|---|
| **Documents:** | ORDER_54.pdf | | | |

Case ID: 141200233
Case ID: 141204825
Control No.: 14120601

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | AND NOW, THIS 21ST DAY OF OCTOBER, 2014, UPON CONSIDERATION OF DEFENDANTS, THE CARMEN CORPORATION, THE CARMEN GROUP, INC., THE CARMEN GROUP, LLC, AND SERGIUS B. CARMAN'S MOTION TO COMPEL DEPOSITIONS, AND ANY RESPONSES THERETO, IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS GRANTED. IT IS FURTHER ORDERED AND DECREED: PATRICK KELLY IS HEREBY ORDERED TO APPEAR FOR DEPOSITION ON OR ABOUT 10/24/2014. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS, UPON FURTHER APPLICATION......BY THE COURT: BERNSTEIN,J. 10/21/2014 | | | |

| | | | | |
|---|---|---|---|---|
| 22-OCT-2014 01:11 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 23-OCT-2014 11:43 AM |
| **Docket Entry:** | NOTICE GIVEN ON 23-OCT-2014 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 22-OCT-2014. | | | |

| | | | | |
|---|---|---|---|---|
| 22-OCT-2014 01:14 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | BERNSTEIN, MARK I | | 22-OCT-2014 12:00 AM |
| **Documents:** | ORDER_55.pdf | | | |
| **Docket Entry:** | AND NOW, THIS 21ST DAY OF OCTOBER, 2014, UPON CONSIDERATION OF DEFENDANTS', THE CARMEN CORPORATION, THE CARMEN GROUP, INC., THE CARMEN GROUP, LLC, AND SERGIUS B. CARMAN'S MOTION TO COMPEL DISCOVERY, AND ANY RESPONSE THERETO, IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS DENIED........BY THE COURT: BERNSTEIN,J. 10/21/2014 | | | |

| | | | | |
|---|---|---|---|---|
| 22-OCT-2014 01:14 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 23-OCT-2014 11:43 AM |
| **Docket Entry:** | NOTICE GIVEN ON 23-OCT-2014 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 22-OCT-2014. | | | |

| | | | | |
|---|---|---|---|---|
| 22-OCT-2014 01:19 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | BERNSTEIN, MARK I | | 22-OCT-2014 12:00 AM |
| **Documents:** | ORDER_56.pdf | | | |
| **Docket Entry:** | AND NOW, THIS 21ST DAY OF OCTOBER, 2014, UPO CONSIDERATION OF PLAINTIFF'S MOTION TO QUASH SUBPOENA | | | |

Case ID: 141200233
Case ID: 120704825
Control No.: 14120601

|  | FOR DEPOSITION OF MICHAEL O. PANSINI, ESQ., AND FOR PROTECTIVE ORDER, IT IS HEREBY ORDERED THAT THE MOTION TO QUASH IS DENIED.......BY THE COURT: BERNSTEIN,J. 10/21/2014 |  |  |  |

| 22-OCT-2014 01:19 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 |  |  | 23-OCT-2014 11:43 AM |
|---|---|---|---|---|
| Docket Entry: | NOTICE GIVEN ON 23-OCT-2014 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 22-OCT-2014. |  |  |  |

| 22-OCT-2014 01:21 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | BERNSTEIN, MARK I |  | 22-OCT-2014 12:00 AM |
|---|---|---|---|---|
| Documents: | ORDER_57.pdf |  |  |  |
| Docket Entry: | AND NOW, THIS 21ST DAY OF OCTOBER, 2014, UPO CONSIDERATION OF PLAINTIFF'S MOTION TO QUASH SUBPOENA FOR DEPOSITION OF GREGORY J. KOWALSKI, ESQ., AND FOR PROTECTIVE ORDER, IT IS HEREBY ORDERED THAT THE MOTION TO QUASH IS DENIED.......BY THE COURT: BERNSTEIN,J. 10/21/2014 |  |  |  |

| 22-OCT-2014 01:21 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 |  |  | 23-OCT-2014 11:43 AM |
|---|---|---|---|---|
| Docket Entry: | NOTICE GIVEN ON 23-OCT-2014 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 22-OCT-2014. |  |  |  |

| 22-OCT-2014 01:22 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | BERNSTEIN, MARK I |  | 22-OCT-2014 12:00 AM |
|---|---|---|---|---|
| Documents: | ORDER_58.pdf |  |  |  |
| Docket Entry: | AND NOW, THIS 21ST DAY OF OCTOBER, 2014, UPON CONSIDERATION OF PLAINTIFF'S MOTION TO STRIKE OBJECTIONS AND COMPEL ANSWERS TO PLAINTIFFS' INTERROGATORIES-SET I AND REQUEST FOR PRODUCTION OF DOCUMENTS, IT IS HEREBY ORDERED THAT SAID MOTION IS GRANTED..........SEE ORDER FOR FURTHER TERMS AND CONDITIONS........BY THE COURT: BERNSTEIN,J. 10/21/2014 |  |  |  |

| 22-OCT-2014 01:22 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 |  |  | 23-OCT-2014 11:43 AM |
|---|---|---|---|---|

Case ID: 141200233
Case ID: 120704825
Control No.: 14120601

Docket Report - Not an Official Document          https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 23-OCT-2014 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 22-OCT-2014. | | | |

| | | | | |
|---|---|---|---|---|
| 22-OCT-2014 01:24 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | BERNSTEIN, MARK I | | 22-OCT-2014 12:00 AM |
| **Documents:** | ORDER_59.pdf | | | |
| **Docket Entry:** | AND NOW, THIS 21ST DAY OF OCTOBER, 2014, UPON CONSIDERATION OF PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF EDWARD SNOW, IT IS HEREBY ORDERED THAT SAID MOTION IS GRANTED. IT IS HEREBY ORDERED THAT EDWARD SNOW SHALL APPEAR FOR HIS DEPOSITION ON 10/24/2014 IN THE OFFICE OF PANSINI & MEZROW OR SUFFER SANCTIONS UPON FURTHER APPLICATION TO THIS COURT........BY THE COURT: BERNSTEIN,J. 10/21/2014 | | | |

| | | | | |
|---|---|---|---|---|
| 22-OCT-2014 01:24 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 23-OCT-2014 11:43 AM |
| **Docket Entry:** | NOTICE GIVEN ON 23-OCT-2014 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 22-OCT-2014. | | | |

| | | | | |
|---|---|---|---|---|
| 23-OCT-2014 03:30 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | BERNSTEIN, MARK I | | 23-OCT-2014 03:30 PM |
| **Documents:** | ORDER_66.pdf | | | |
| **Docket Entry:** | 04-14100204 IT IS ORDERED THAT THE MOTION FOR EXTRAORDINARY RELIEF IS GRANTED AND THE DEADLINES ARE EXTENDED AS SET FORTH IN ORDER. SEE ORDER AND REVISED CASE MANAGMENT ORDER FOR NEW DEADLINES. ...BY THE COURT; BERNSTEIN, J. 10-21-14 | | | |

| | | | | |
|---|---|---|---|---|
| 23-OCT-2014 03:30 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | | 24-OCT-2014 04:57 PM |
| **Docket Entry:** | NOTICE GIVEN ON 24-OCT-2014 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 23-OCT-2014. | | | |

| | | | | |
|---|---|---|---|---|
| 23-OCT-2014 03:49 PM | RVCMO - REVISED CASE MGMT ORDER | | | 23-OCT-2014 12:00 AM |

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

Docket Report - Not an Official Document          https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

|  | ISSUED |  |  |  |
|---|---|---|---|---|
| **Documents:** | RVCMO_67.pdf |  |  |  |
| **Docket Entry:** | REVISED CASE MANAGEMENT ORDER - Be advised that the Case Management Order issued for the above-captioned action has been revised as follows: All discovery shall be completed not later than 01-DEC-2014. Plaintiff shall submit expert reports not later than 01-DEC-2014. Defendant shall submit expert reports not later than 05-JAN-2015. All pre-trial motions shall be filed not later than 05-JAN-2015. A settlement conference will be scheduled any time after 05-JAN-2015. A pre-trial conference will be scheduled at any time after 02-MAR-2015. It is expected that this case shall be ready for trial by 06-APR-2015. All other terms and conditions on the original Case Management Order will remain in full force and effect. ...BY THE COURT: MARK BERNSTEIN, J. |  |  |  |
| 23-OCT-2014 03:50 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 |  |  | 24-OCT-2014 05:00 PM |
| **Docket Entry:** | NOTICE GIVEN ON 24-OCT-2014 OF REVISED CASE MGMT ORDER ISSUED ENTERED ON 23-OCT-2014. |  |  |  |
| 28-OCT-2014 11:23 AM | CLRBC - CASE RESCHEDULED BY COURT | BERNSTEIN, MARK I |  | 28-OCT-2014 11:23 AM |
| **Docket Entry:** | *none.* |  |  |  |
| 28-OCT-2014 11:24 AM | CLLSC - LISTED FOR SETTLEMENT CONF |  |  | 28-OCT-2014 11:24 AM |
| **Docket Entry:** | *none.* |  |  |  |
| 05-NOV-2014 04:49 PM | MTANS - ANSWER (MOTION/PETITION) FILED | PANSINI, MICHAEL O |  | 06-NOV-2014 02:30 PM |
| **Documents:** | Order Pls Ans to Defs Motion to Amend New Matter.pdf Pls Ans to Defs Motion to Amend New Matter.pdf Pls Ans MOL to Defs Motion to Amend New Matter.pdf COS Pls Ans to Defs Motion to Amend New Matter.pdf Exhibit A - Pls Ans to Defs Motion to Amend New Matter.pdf Exhibit B - Pls Ans to Defs Motion to Amend New Matter.pdf |  |  |  |

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

|  |  |  |  |  |
|---|---|---|---|---|
|  | Exhibit C - Pls Ans to Defs Motion to Amend New Matter.pdf<br>Exhibit D - Pls Ans to Defs Motion to Amend New Matter.pdf<br>Exhibit E - Pls Ans to Defs Motion to Amend New Matter.pdf<br>Exhibit F - Pls Ans to Defs Motion to Amend New Matter.pdf<br>Motion CoverSheet Form |  |  |  |
| **Docket Entry:** | 28-14102028 ANSWER IN OPPOSITION OF MOTION TO AMEND FILED. (FILED ON BEHALF OF PATRICE KELLY, RONALD KELLY, PATRICE KELLY AND RONALD KELLY) |  |  |  |
| 07-NOV-2014<br>11:09 AM | MTASN - MOTION ASSIGNED |  |  | 07-NOV-2014<br>11:09 AM |
| **Docket Entry:** | 28-14102028 MOTION TO AMEND ASSIGNED TO JUDGE: BERNSTEIN, MARK I. ON DATE: NOVEMBER 07, 2014 |  |  |  |
| 07-NOV-2014<br>11:51 AM | MMUPD - MOTION ASSIGNMENT UPDATED |  |  | 07-NOV-2014<br>11:51 AM |
| **Docket Entry:** | 28-14102028 REASSIGNED TO JUDGE SMITH, GREGORY E ON 07-NOV-14 |  |  |  |
| 07-NOV-2014<br>05:17 PM | DSCIM - DISCOVERY HEARING REQST FILED | TUCKER, WENDY F |  | 10-NOV-2014<br>09:03 AM |
| **Documents:** | Motion for Sanctions and to Compel Deps.pdf |  |  |  |
| **Docket Entry:** | DISCOVERY HEARING REQUEST FILED IN RE: MOTION FOR SANCTIONS. HEARING SCHEDULED FOR: NOVEMBER 24, 2014 AT 01:00 IN ROOM 246 CITY HALL. (FILED ON BEHALF OF THE CARMAN CORPORATION, THE CARMAN GROUP, INC., THE CARMAN GROUP, LLC AND SERGIUS B CARMAN) |  |  |  |
| 24-NOV-2014<br>12:14 PM | CERTI - CERTIFICATION FILED |  |  | 24-NOV-2014<br>12:00 AM |
| **Documents:** | CERTI_76.pdf |  |  |  |
| **Docket Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. |  |  |  |
| 01-DEC-2014<br>08:17 AM | ORDER - ORDER ENTERED/236 NOTICE | BERNSTEIN, MARK I |  | 01-DEC-2014<br>12:00 AM |

Case ID: 141200233
Case ID: 130704825
Control No.: 14120601

Docket Report - Not an Official Document

https://fjdefile.phila.gov/efsfjd/zk_fjd_prvt_efile_13.zp_dktrpt_docke...

| | GIVEN | | | |
|---|---|---|---|---|
| **Documents:** | ORDER_77.pdf | | | |
| **Docket Entry:** | AND NOW, THIS 26TH DAY OF NOVEMBER, 2014, UPON CONSIDERATION OF DEFENDANTS, THE CARMEN CORPORATION, THE CARMEN GROUP, INC., THE CARMEN GROUP, LLC, AND SERGIUS B. CARMAN'S MOTION TO COMPEL DEPOSITIONS OF MICHAEL PANSINI, ESQ., AND GREGORY KOWALSKI, ESQ., AND MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH THIS COURT'S OCTOBER 21, 2014 ORDERS DENYING MSSRS PANSINI AND KOWASKI'S MOTION TO QUASH SUBPOENA, AND ANY RESPONSE THERETO, IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS GRANTED. MICHAEL PANSINI, ESQ., AND GREGORY KOWALSKI, ESQ., ARE HEREBY ORDERED TO APPEAR FOR DEPOSITION.........BY THE COURT: BERNSTEIN,J. 11/26/2014 | | | |

Case ID: 141200233
Case ID: 141204825
Control No.: 14120601

▶ Case Description      ▶ Related Cases      ▶ Event Schedule      ▶ Case Parties      ▶ Docket Entries

⎸ Back to My Cases

Case ID: 141200233

12/30/2014 4:25 PM

Case ID: 130704825

Control No.: 14120601