IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD KELLY, et al.,

        Plaintiffs,

v.

MAXUM SPECIALTY INSURANCE GROUP, et al.,

        Defendants.

CIVIL ACTION
NO. 14-7149

## ORDER

**AND NOW**, this 29th day of September, 2015, upon consideration of Plaintiffs' Motion to Remand (Doc. No. 9), Defendant Maxum's Opposition to Motion to Remand (Doc. No. 14), Plaintiffs' Supplement to Motion to Remand (Doc. No. 21), the Carman Defendants' Response in Support of the Motion to Remand (Doc. No. 22), the Carman Defendants' Supplemental Memorandum in Support of the Motion to Remand (Doc. No. 37), Defendant Maxum's Memorandum in Support of Opposition to Remand (Doc. No. 38), and Plaintiffs' Supplemental Memorandum to their Motion to Remand (Doc. No. 39), and the arguments of counsel at the hearing held on February 11, 2015, it is **ORDERED** that Plaintiffs' Motion to Remand (Doc. No. 9) is **GRANTED** and the Clerk of Court is directed to remand this case to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.