IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD KELLY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MAXUM SPECIALTY INSURANCE GROUP, et al., <br><br> Defendant. | CIVIL ACTION <br> NO. 14-7149 |

### ORDER

**AND NOW**, this 9th day of January 2018, upon consideration of the decision by the United States Court of Appeals for the Third Circuit dated August 21, 2017, Defendant Maxum's Notice of Removal (Doc. No. 1), Defendant Maxum's Notice of Supplemental Evidence in Support of Realignment (Doc. No. 56), Defendant Maxum's Notice of Supplemental Filing in Support of Realignment (Doc. No. 59), Plaintiffs Kellys' Supplemental Submission Pertaining to Realignment (Doc. No. 70), the arguments of counsel for the parties at the February 11, 2015 hearing, and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that the Carman Corporation, the Carman Group, Inc., the Carman Group, LLC, and Sergius B. Carman are **REALIGNED** as party plaintiffs. It is **FURTHER ORDERED** that Defendant Maxum and Plaintiffs will be afforded until January 26, 2018 to file any supplemental briefing on the Motion to Dismiss.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.